IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL CAUSE NO. 3:15cr00004TSL-LRA-3

CHRISTOPHER LASHAWN CHAMBERLIN

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that the E. Carlos Tanner, III, Esq. hereby enters his appearance as co-counsel for the Accused, Mr. Christopher Lashawn Chamberlin, in the above-styled and -numbered cause.

> E. CARLOS TANNER, III, ESQ.
> TANNER & ASSOCIATES, LLC
> Post Office Box 3709
> Jackson, Mississippi  39207
> carlos.tanner@thetannerlawfirm.com
> 601.460.1745 (Telephone)
> 662.796.3509 (Facsimile)

Service of all pleadings, papers, documents, and evidence required to be served in this action on the Accused should also be served on the undersigned appearing co-counsel.

**RESPECTFULLY SUBMITTED**, on this, the 23rd day of October, 2015.

> _/s/ E. Carlos Tanner, III_
> E. Carlos Tanner, III, Esq. (MS Bar No. 102713)
> TANNER & ASSOCIATES, LLC
> P.O. Box 3709
> Jackson, Mississippi 39207
> carlos.tanner@thetannerlawfirm.com
> 601.460.1745 (telephone)
> 662.796.3509 (facsimile)
> FOR THE ACCUSED

# CERTIFICATE OF SERVICE

I, E. Carlos Tanner, III, do hereby certify that on this date, October 23, 2015, I have electronically filed the foregoing Notice of Entry of Appearance with the Clerk of Court for the United States District Court for the Southern District of Mississippi using the ECF system, which caused notification of that filing to be sent electronically to all counsel of record in this cause.

ON THIS, the 23rd day of October, 2015.

/s/ E. Carlos Tanner, III
E. Carlos Tanner, III, Esq. (MS Bar No. 102713)
TANNER & ASSOCIATES, LLC
P.O. Box 3709
Jackson, Mississippi 39207
carlos.tanner@thetannerlawfirm.com
601.460.1745 (telephone)
662.796.3509 (facsimile)
FOR THE ACCUSED