AO 83 (Rev. 06/09) Summons in a Criminal Case

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 30 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) |
| v. | ) |
| | ) |
| CHRISTOPHER LASHAWN CHAMBERLIN | ) Case No. 3:15CR4 TSL-LRA |
| (Wherever Found) | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: United States District Court 501 E. Court Street Jackson, MS 39201 | Courtroom No.: 6.150 |
| | Date and Time: 04/04/2016 1:30 pm |

This offense is briefly described as follows:
Violated conditions of supervised release.

Date: 03/25/2016

*Issuing officer's signature* — Arthur Johnston, Clerk

T. Carruth, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 3/29/16

*Server's signature*

*Printed name and title*